DOUGLAS R. THORN, SBN 133521
CARRIE A. FREDERICKSON, SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUNNELL, | Case No.: 2:08-CV-01329-JAM-EFB |
| Plaintiff, | |
| vs. | **ORDER** |
| MAX LEMON, AMY HAPP, PUBLIC COMMUNICATORS, INC., ANTHONY POIDMORE, EVETTE PIEPER, ESTATE OF DOUGLAS PIEPER, DOUGLAS PIEPER, JR., and MEGAN PIEPER, | |
| Defendants. | |

The Court has considered Plaintiff Michael Bunnell's ex parte application for an order extending the time for him to effect service of process on the Defendants in this case, and, good cause appearing therefore, the Court grants his application.  Plaintiff Michael Bunnell shall effect service of process on the Defendants in this case on or before January 9, 2009.

IT IS SO ORDERED.

Date: 10/14/2008

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

-1-
**[PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com